**No. 10-7850. Lawrence Parker, Petitioner v. Michael J. Astrue, Commissioner of Social Security.**

562 U.S. 1305, 131 S. Ct. 1722, 179 L. Ed. 2d 650, 2011 U.S. LEXIS 2178.

March 21, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1228, 131 S. Ct. 1486, 179 L. Ed. 2d 320, 2011 U.S. LEXIS 1347.